Shellie Lott, SBN:   246202
CERNEY KREUZE & LOTT, LLP
42 N. Sutter Street, Suite 400
Stockton, CA 95202
(209) 948-9384
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RYAN VASQUEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>   Defendant. | No.  2:14-CV-01874-AC<br><br>**[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO  FILE A MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file his Motion For Summary Judgment on or before February 23, 2015.

SO ORDERED.


DATED: January 9, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1