UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER RYAN VASQUEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>          Defendant. | No. 2:14-CV-01874-AC<br><br>**ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the stipulation of the parties showing good cause for a requested first extension of Plaintiff's time to file a Motion for Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file his Motion For Summary Judgment on or before February 23, 2015.

SO ORDERED.

DATED: January 12, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1