SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

| | |
|---|---|
| CHRISTOPHER RYAN VASQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>Defendant. | No. 2:14-CV-01874-AC<br><br>**[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO  FILE A REPLY BRIEF** |

Pursuant to the stipulation of the parties showing good cause for a requested extension of

Plaintiff's time to file a Reply brief, the request is hereby APPROVED.

Plaintiff shall file his Reply on or before June 1, 2015.

SO ORDERED.

DATED: May 18, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1